# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v.

Fokker Services B.V.

**Case No:** 15-3016, 15-3017

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- ● Appellant(s)/Petitioner(s)
- ○ Appellee(s)/Respondent(s)
- ○ Intervenor(s)
- ○ Amicus Curiae

Fokker Services B.V.

Names of Parties

Names of Parties

### Counsel Information

**Lead Counsel:** Edward C. O'Callaghan

**Direct Phone:** (212) 878-8000   **Fax:** (212) 878-8375   **Email:** edward.ocallaghan@cliffordchance.com

**2nd Counsel:**

**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**Notes:** This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## Certificate of Service

I hereby certify that on this 7th day of April, 2015, I caused the foregoing document to be served electronically on counsel for the parties in this case, via the Court's Electronic Case Filing System.

S/ Edward C. O'Callaghan
Edward C. O'Callaghan
Clifford Chance US LLP
31 West 52 Street
New York, NY 10019
(212) 878-8000
Edward.ocallaghan@cliffordchance.com
